UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:18cr83/MCR

LYTLE STEPHEN, JR.
_____/

## FINAL ORDER OF FORFEITURE

This matter is before the Court on the Government's Motion for Entry of Final Order of Forfeiture by the United States of America. On August 21, 2018, an Indictment was filed against the defendant, charging him with being a felon in possession of a firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). The Indictment included a Criminal Forfeiture provision, pursuant to Title 18, United States Code, Section 3665.

The Government seeks the forfeiture of the following property:

A. **Taurus Pub DEF Judge Poly Revolver, CAL: 45/410, SN: FU642737;**
B. **Smith & Wesson SD40VE Pistol, CAL: 40, SN: FXN5998; and**
C. **19 rounds of assorted ammunition, CAL: Unknown.**

The United States is entitled to possession of the above-described property pursuant to Title 18, United States Code, Section 3665; and

1

WHEREAS, on February 19, 2019, the defendant pled guilty to the lesser included offense to Count One (Simple Possession of a Controlled Substance, in violation of Title 21, United States Code, Section 844); Counts Two – Possessing a Firearm in furtherance of a drug-trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1)(A); and Count Three – Possession of a firearm by a convicted felon, in violation of single count in the Indictment and the firearms and ammunition are subject to forfeiture as property involved in Counts Two and Three pursuant to Title 18, United States Code, Section 3665; and

WHEREAS, on March 5, 2019, a Preliminary Order of Forfeiture was entered. Pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the forfeiture action was published on an official internet government forfeiture site for at least 30 consecutive days. No person or entity has filed a claim setting forth their interest in the property.

**IT IS ORDERED** that the above-described property is condemned and forfeited to the United States.

**SO ORDERED on May 22, 2019.**

                                           s/ *M. Casey Rodgers*
                                         **M. CASEY RODGERS**
                                         **UNITED STATES DISTRICT JUDGE**